UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ALI KAZEMINI and FERDOUS MOLLAI,                                No. 11-11826

Debtor(s).
_____/

Memorandum on Objection to Employment
_____

Thomas P. Kelly, Jr., and his son, Thomas P. Kelly III, maintain nominally separate law practices at the same location and frequently take cases together.  In this case, they seek to be employed jointly as counsel for the Chapter 11 debtors in possession.  The U.S. Trustee objects, arguing insufficient disclosure with respect to the two firms and the arrangement between the two firms.  While the court agrees a little with the objection, the bigger problem from the Court's standpoint is when only one of them seeks employment.  Counsel are not free to avoid conflicts or disclosure by maintaining nominally separate practices.

The court will approve the joint representation in this case and in any other case where the two Kellys are to be joint counsel and give proper disclosure.  However, the court will not, in any future case, authorize the employment of either unless both Kellys are disinterested and all connections of both are disclosed to the court regardless of whether the representation is to be by both or just one of them.

Dated:  June 27, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge